NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>　　　　　　　Defendants. | No. CV-15-02356-PHX-JJT<br><br>**ORDER** |

At issue are Defendant Navient Solutions, Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 18) and the Unopposed Motion for Extension of Time for Ithaca College to Respond to Plaintiff's Complaint (Doc. 20). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting Defendant Navient Solutions, Inc.'s Motion (Doc. 18). Defendant Navient Solutions, Inc. has until January 11, 2016, to answer or otherwise respond to Plaintiff's Complaint (Doc. 1).

IT IS HEREBY ORDERED granting Defendant Ithaca College's Motion (Doc. 20). Defendant Ithaca College has until January 11, 2016, to answer or otherwise respond to Plaintiff's Complaint (Doc 1).

Dated this 22nd day of December, 2015.

Honorable John J. Tuchi
United States District Judge