NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry,<br><br>              Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>              Defendants. | No. CV-15-02356-PHX-JJT<br><br>**ORDER** |

A Notice of Settlement as to Defendant Equifax Information Services, LLC, Only (Doc. 21) having been filed,

IT IS ORDERED that this matter will be dismissed with prejudice as to Equifax Information Services, LLC only, 60 days after the docketing of this order unless the Plaintiff or Defendant Equifax Information Services, LLC files a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim as to these two parties only. All pending hearings and motions relating to Plaintiff and Defendant Equifax Information Services, LLC are deemed moot.

Dated this 22nd day of December, 2015.

Honorable John J. Tuchi
United States District Judge