NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>　　　　　　　　Defendants. | No. CV-15-02356-PHX-JJT<br><br>**ORDER** |

　　　Upon Stipulation for Dismissal With Prejudice (Doc. 60) filed by Plaintiff and Defendant Ithaca College, and good cause appearing,

　　　IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice as to Defendant Ithaca College only, the parties to bear their own costs and attorneys' fees.

　　　Dated this 10th day of May, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge