Gregory J. Marshall (#019886)
Amanda Jenkins (#030694)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004
Telephone: (602) 382-6000
gmarshall@swlaw.com
ajenkins@swlaw.com
Attorneys for Defendant Wells Fargo Bank, NA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry, | No. CV-15-02356-PHX-JJT |
| Plaintiff, | |
| v. | WELLS FARGO BANK, N.A.'S NOTICE OF SETTLEMENT |
| Experian Information Solutions, Inc., an Ohio corporation; Equifax Information Services, LLC, a Georgia corporation; Wells Fargo Bank, NA, a California corporation; Toyota Financial Services, an assumed name for Toyota Motor Credit Corp, a California corporation; Navient Solutions, Inc., a Delaware corporation; and Ithaca College, a foreign company, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Schuyler McHenry have agreed to resolve the claims against Wells Fargo.  Upon final execution of a settlement agreement, the parties will file a Stipulation to Dismiss Wells Fargo, with Prejudice, each party to bear their own attorneys' fees and costs.

. . . .

. . . .

1  DATED this 11th day of May, 2016

2                            SNELL & WILMER L.L.P.

By   *s/Gregory J. Marshall*
     Gregory J. Marshall
     Amanda Jenkins
     One Arizona Center
     400 E. Van Buren
     Phoenix, AZ  85004-2202
     Attorneys for Defendant Wells Fargo Bank, NA

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Erica Stutman
SNELL & WILMER, L.L.P.
One Arizona Center,
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
estutman@swlaw.com
*Attorney for Defendant Ithaca College*

Trinette G. Kent
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com
*Attorneys for Plaintiff*

Gregory S. Martin
(Admitted *Pro Hac Vice*)
JONES DAY
12265 El Camino Real, Ste 300
San Diego, CA 92130
Telephone: (858) 314-1200
Fax (858) 314-1150
gmartin@jonesday.com

and

Jonathan A. Dessaules
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, AZ 85016
Telephone: (602) 274-5400
Fax: (602) 274-5401
jdesaules@dessauleslaw.com
*Attorneys for Defendant Experian*

Alexandra J. Gill
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
Telephone: (602) 778-3700
Fax: (602) 778-3750
Alexandra.Gill@ogletreedeakins.com
*Attorney for Defendant Navient*

Todd D. Erb
LEWIS ROCA ROTHBERGER
201 E. Washington St., Suite 1200
Phoenix, AZ 85004
Telephone: (602) 262-5726
terb@lrrlaw.com
*Attorney for Defendant Toyota*

s/Debbie Shuta

24090455

- 3 -