NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry,<br><br>  Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>  Defendants. | No. CV-15-02356-PHX-JJT<br><br>**ORDER** |

Upon Stipulation for Dismissal With Prejudice (Doc. 64) filed by Plaintiff and Defendant Wells Fargo Bank N.A., and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice as to Defendant Wells Fargo Bank N.A. only, the parties to bear their own costs and attorneys' fees.

Dated this 1st day of June, 2016.

Honorable John J. Tuchi
United States District Judge