**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

**Todd D. Erb** (State Bar No. 027122)
Direct Dial: 602.262.5726
Direct Fax: 602.734.3933
Email: terb@lrrc.com

*Attorneys for Defendant Toyota Motor Credit Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry, | No. 2:15-cv-02356-JJT |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO TOYOTA MOTOR CREDIT CORPORATION** |
| vs. | |
| Experian Information Solutions, Inc., and Ohio corporation; Equifax Information Services LLC, a Georgia corporation; Wells Fargo Bank, NA, a California corporation; Toyota Financial Services, an assumed name for Toyota Motor Credit Corp, a California corporation; Navient Solutions, Inc., a Delaware corporation; and Ithaca College, a foreign company, | |
| Defendants. | |

Plaintiff Schuyler McHenry and Defendant Toyota Motor Credit Corporation (erroneously sued as "Toyota Financial Services, an assumed name for Toyota Motor Credit Corp, a California corporation") ("TMCC"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against TMCC only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED this 28th day of July, 2016

/ / /

/ / /

/ / /

2010633259_1

| | |
|---|---|
| */s/ Trinette G. Kent*<br>TRINETTE G. KENT<br>KENT LAW OFFICES<br>Attorney(s) for Plaintiff<br>10645 North Tatum Blvd., Suite 200-192<br>Phoenix, AZ 85028<br>Telephone:  (480) 247-9644<br>Facsimile:  (480) 717-4781<br>E-mail: tkent@kentlawpc.com | /s/*Gregory S. Martin*<br>GREGORY S. MARTIN<br>(Admitted *Pro Hac Vice*)<br>JONES DAY<br>12265 El Camino Real, Ste 300<br>San Diego, CA 92130<br>Telephone: (858) 314-1200<br>Fax (858) 314-1150<br>gmartin@jonesday.com |
| */s/Alexandra J. Gill*<br>ALEXANDRA J. GILL<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>Attorney for Defendant Navient<br>2415 East Camelback Road, Suite 800<br>Phoenix, AZ 85016<br>Telephone: (602) 778-3700<br>Fax: (602) 778-3750<br>Alexandra.Gill@ogletreedeakins.com | and<br><br>JONATHAN A. DESSAULES<br>DESSAULES LAW GROUP<br>Attorneys for Defendant Experian<br>5353 North 16th Street, Suite 110<br>Phoenix, AZ 85016<br>Telephone: (602) 274-5400<br>Fax: (602) 274-5401<br>jdesaules@dessauleslaw.com |
| */s/Todd D. Erb*<br>TODD D. ERB<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Attorney for Defendant Toyota<br>201 E. Washington St., Suite 1200<br>Phoenix, AZ 85004<br>Telephone: (602) 262-5726<br>terb@lrrc.com | |

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

/s/ Debi Garrett
Employee of Lewis Roca Rothgerber Christie LLP

2010633259_1