NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry,<br><br>            Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>            Defendants. | No. CV-15-02356-PHX-JJT<br><br>**ORDER** |

Upon the Stipulation of Dismissal With Prejudice (Doc. 68) filed by Plaintiff and Defendant Toyota Motor Credit Corporation (erroneously sued as "Toyota Financial Services, an assumed name for Toyota Motor Credit Corp, a California corporation")(hereinafter "Toyota") and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice as to Defendant Toyota only, the parties to bear their own costs and attorneys' fees.

Dated this 1st day of August, 2016.

                                            Honorable John J. Tuchi
                                            United States District Judge