Alexandra J. Gill, SBN 027506
Ogletree, Deakins, Nash, Smoak & Stewart, P.C., SBN 00504800
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone:  (602) 778-3700
Fax:  (602) 778-3750
Alexandra.Gill@ogletreedeakins.com

Bonnie L. Martin, SBN P20248-18 (Indiana) (*Admitted Pro Hac Vice*)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone:  (317) 916-2118
Fax:  (317) 916-9076
Bonnie.Martin@ogletreedeakins.com

Attorneys for Defendant Navient Solutions, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry, | No. CV15-02356-PHX-JJT |
| Plaintiff, | |
| vs. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Experian Information Solutions, Inc., an Ohio corporation; Equifax Information Services, LLC,  a Georgia corporation; Wells Fargo Bank, NA, a California corporation; Toyota Financial Services, an assumed name for Toyota Motor Credit Corp, a California corporation; Navient Solutions, Inc., a Delaware corporation;  and Ithaca College, a foreign company, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff Schuyler McHenry and Defendants Experian Information Solutions, Inc. and Navient Solutions, Inc., through their undersigned counsel, hereby stipulate and jointly move that

1  the Court enter an order dismissing this action in its entirety with prejudice, each side to
2  bear its own attorneys' fees and costs.  A proposed form of Order is attached for the
3  convenience of the Court.

4      RESPECTFULLY SUBMITTED this 28th day of September 2016.

                OGLETREE, DEAKINS, NASH,
                SMOAK & STEWART, P.C.

                By:s/Alexandra J. Gill
                   Alexandra J. Gill
                   2415 East Camelback Road, Suite 800
                   Phoenix, Arizona 85016

                   Bonnie L. Martin
                   111 Monument Circle, Suite 4600
                   Indianapolis, Indiana 46204

                Attorneys for Defendant
                Navient Solutions, Inc.

                JONES DAY

                By:s/Gregory S. Martin (w/permission)
                   Gregory S. Martin, Esq.
                   12265 El Camino Real, Suite 300
                   San Diego, California 92127

                   Jonathan A. Dessaules, Esq.
                   Dessaules Law Group
                   5353 North 16th Street, Suite 110
                   Phoenix, Arizona 85016

                Attorneys for Defendant Experian
                Information Solutions, Inc.

                KENT LAW OFFICES

                By:s/Trinette G. Kent (w/permission)
                   Trinette G. Kent
                   10645 North Tatum Boulevard, Suite 200-192
                   Phoenix, Arizona 85028
                   Attorneys for Plaintiff

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Trinette G. Kent, Esq.
Kent Law Offices
10645 North Tatum Boulevard, Suite 200-192
Phoenix, Arizona 85028
*Attorneys for Plaintiff*

Jonathan A. Dessaules, Esq.
Dessaules Law Group
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016

Gregory S. Martin, Esq.
Jones Day
12265 El Camino Real, Suite 300
San Diego, California 92127
*Attorneys for Defendant Experian Information Solutions, Inc.*


s/Debra A. Irwin

26344311.1