NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Schuyler McHenry,<br><br>    Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, *et al.*,<br><br>    Defendants. | No. CV-15-02356-PHX-JJT<br><br>**ORDER** |

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 75) filed by Plaintiff and Defendants Experian Information Solutions, Inc., and Navient Solutions, Inc., and good cause appearing,

IT IS ORDERED granting the Joint Stipulation (Doc. 75). The above-entitled matter is hereby dismissed as to Defendants Experian Information Solutions, Inc. and Navient Solutions, Inc. with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that Defendants Experian Information Solutions, Inc., and Navient Solutions, Inc., being the last remaining defendants in this matter, and claims against all other having been dismissed with prejudice, the Clerk of the Court shall close the matter.

Dated this 3rd day of October, 2016.

Honorable John J. Tuchi
United States District Judge